# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1299**
**KA 14-01663**
PRESENT: SMITH, J.P., PERADOTTO, CARNI, LINDLEY, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                MEMORANDUM AND ORDER

DEANA M. MRZYGUT, DEFENDANT-APPELLANT.

---

DAVID J. FARRUGIA, PUBLIC DEFENDER, LOCKPORT (JOSEPH G. FRAZIER OF COUNSEL), FOR DEFENDANT-APPELLANT.

MICHAEL J. VIOLANTE, DISTRICT ATTORNEY, LOCKPORT (THOMAS H. BRANDT OF COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Niagara County Court (Sara S. Farkas, J.), rendered June 6, 2014. The judgment convicted defendant, upon her plea of guilty, of driving while intoxicated, a class E felony.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting her upon her plea of guilty of driving while intoxicated as a class E felony (Vehicle and Traffic Law §§ 1192 [3]; 1193 [1] [c] [i]). "The valid waiver by defendant of [her] right to appeal encompasses [her] challenge to the severity of the sentence and also 'includes waiver of the right to invoke [this Court's] interest-of-justice jurisdiction' " (*People v Keiser*, 38 AD3d 1254, 1254, *lv denied* 9 NY3d 877, *reconsideration denied* 9 NY3d 991, quoting *People v Lopez*, 6 NY3d 248, 255).

Entered: December 23, 2015                          Frances E. Cafarell
                                                    Clerk of the Court